**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS COAL COUNCIL, et al., Plaintiffs, v. DOUG BURGUM, in his official capacity as Secretary, United States Department of Interior, et al. Defendants. | ) | Civil Action No. 26-1348 (RBW) |

# ORDER

Upon consideration of the parties' Joint Motion for Scheduling Order, ECF No. 21, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the defendant shall provide the administrative record to the plaintiffs and file with the Court the certified list of contents of the administrative record on or before November 30, 2026. It is further

**ORDERED** that the plaintiffs shall file their motion for summary judgment on or before February 5, 2027. It is further

**ORDERED** that the defendant and intervenor-defendants shall each file their combined responses to the plaintiffs' motion for summary judgment and their cross-motions for summary judgment on or before March 19, 2027. It is further

**ORDERED** that the plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to defendant's and intervenor-defendants' cross-motions for summary judgment on or before May 3, 2027. It is further

**ORDERED** that defendant and intervenor-defendants shall each file their replies in support of their cross-motions for summary judgment on or before May 24, 2027. It is further

**ORDERED** that, on August 27, 2027, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). This status conference will serve as a target date for the resolution of the parties' summary judgment motions. In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.

**SO ORDERED** this 13th day of October, 2026.

REGGIE B. WALTON
United States District Judge